UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 5/3/06

To: United States Court of Appeals          ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                     () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ()JUDGE

From: Linda Christensen
      Clerk's Office - U.S. District Court
      District of Alaska
      222 W. 7th Ave., Rm 229
      Anchorage, AK  99513

DC No: __3:04-cv-00074 JWS__          Appeal No: __05-36008__

Short title: __Gottschalk v. Dominick__

Composition of Record

Clerk's Files in ___1___ volumes   (XX original)   () certified copy

    Bulky docs. ____ volumes, docket # _____
                              (folders)

Reporter's in _____ volumes   () original   () certified copy
Transcripts

Exhibits:   in _____ envelopes   () under seal

            in _____ boxes       () under seal

Other: **PLEASE NOTE THAT THE CASE NUMBER FOR THESE PARTIES IS "0074" NOT "0073".**


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]