**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| CLAYTON W. GOTTSCHALK,<br><br>Petitioner - Appellant,<br><br>v.<br><br>ROSE DOMINICK,<br><br>Respondent - Appellee. | No. 05-36008<br><br>D.C. No. CV-04-00074-JWS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted July 24, 2006**

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

Alaska state prisoner Clayton W. Gottschalk appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 petition as unexhausted. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253(a). We review de novo

---

\*      This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

a district court's determination as to whether a petitioner exhausted available state remedies. *Vang v. Nevada*, 329 F.3d 1069, 1072 (9th Cir. 2003). We affirm.

Gottschalk contends that the district court erred by dismissing his habeas petition as unexhausted because he sufficiently alerted the state courts of the federal nature of his juror misconduct claim. Upon review, we agree with the district court's conclusion that Gottschalk failed to fairly present this claim to the Alaska courts.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 18 2006

by: Ruben Talavera
Deputy Clerk